[No. 17933-4-II.    Division Two.    April 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SILVANO
RAMA-REYES, *Appellant*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 93-1-00424-6, William Dowell, J. Pro
Tem., entered December 21, 1993. *Affirmed* by unpublished
opinion per Houghton, C.J., concurred in by Seinfeld and
Armstrong, JJ.

[Nos. 18786-8-II; 18985-2-II.    Division Two.    April 18, 1997.]

EIVIND BERG, ET AL., *Appellants*, v. LIBERTY
NATIONAL FIRE INSURANCE COMPANY, ET AL.,
*Respondents*.

Appeals from judgments of the Superior Court for Pierce
County, No. 91-2-00904-5, Waldo F. Stone, J., entered
October 5 and December 2, 1994. *Affirmed in part* and *re-
versed in part* by unpublished opinion per Hunt, J.,
concurred in by Morgan and Seinfeld, JJ.

[No. 18808-2-II.    Division Two.    April 18, 1997.]

HSI H. CHEN, M.D., *Appellant*, v. THE STATE OF
WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 92-2-10962-5, Donald H. Thompson, J., entered
October 21, 1994. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Morgan and Hunt, JJ. Now
published at 86 Wn. App. 183.

[No. 19808-8-II.    Division Two.    April 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK
THOMAS TRAXLER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 95-1-00791-1, Barbara D. Johnson, J., entered
July 13, 1995. *Affirmed* by unpublished opinion per Bridge-
water, A.C.J., concurred in by Morgan and Hunt, JJ.